IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

McFADDEN ONE, LLC,                          *
                                            *
                        Plaintiff,          *
                                            *
vs.                                         *        No. 4:11-cv-00748-SWW
                                            *
                                            *
                                            *
RESIDENCES AT RIVERDALE GP, LLC,            *
RESIDENCES AT RIVERDALE, LP,                *
NATIONS CONSTRUCTION                        *
MANAGEMENT INCORPORATED, and                *
DAVID F. STAPLETON,                         *
                                            *
                        Defendants.         *

<u>ORDER</u>

In accordance with the stipulation of voluntary dismissal from all parties filed pursuant to

Fed.R.Civ.P. 41(a), see Document #23, this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 11th day of July 2012.


<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE