IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| McFADDEN ONE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11-cv-00748-SWW |
| | * | |
| | * | |
| | * | |
| RESIDENCES AT RIVERDALE GP, LLC, | * | |
| RESIDENCES AT RIVERDALE, LP, | * | |
| NATIONS CONSTRUCTION | * | |
| MANAGEMENT INCORPORATED, and | * | |
| DAVID F. STAPLETON, | * | |
| | * | |
| Defendants. | * | |

## ORDER

In accordance with the stipulation of voluntary dismissal from all parties filed pursuant to Fed.R.Civ.P. 41(a), see Document #23, this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 11th day of July 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE